IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HENRY SMITH                                                                                           PLAINTIFF

V.                                      CIVIL NO. 6:19-cv-06089

DR. HOSAM KAMEL (Medical Director,
Quapaw Rehabilitation Center) and
BRENDALYN JACOB (Power of Attorney)                          DEFENDANTS

**ORDER**

The Court has received a Report and Recommendation (ECF No. 15) from United States Magistrate Judge Barry A. Bryant. Plaintiff proceeds in this 42 U.S.C. §1983 action *pro se* and in *forma pauperis*. Upon review, the Magistrate recommended that Plaintiff's amended complaint be dismissed without prejudice for failure to allege the Defendants were state actors or acting under color of state law and failure to allege a plausible constitutional claim for excessive force under § 1983. Plaintiff has filed timely, written Objections (ECF No. 17) to the Report and Recommendation. The matter is now ripe for consideration.

The Court has conducted a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1). After consideration, the Court finds that Plaintiff's Objections offer neither law nor fact requiring departure from the Magistrate's findings, and that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's Complaint should be and hereby is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to place a §1915(g) strike flag on the case.

SO ORDERED this 18th day of May 2020.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE